ACCEPTED
15-25-00012-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 2:46 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00012-CV
_____

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 2:46:14 PM
CHRISTOPHER A. PRINE
Clerk

_____

STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MIKE NOVAK, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS FACILITIES COMMISSION, AND ROLLAND NILES, IN HIS OFFCIAL CAPACITY AS DEPUTY EXECUTIVE COMMISSIONER FOR THE SYSTEM SUPPORT SERVICES DIVISON OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellants*,

v.

8317 CROSS PARK, LLC,
*Appellee*.

_____

On Appeal from the 98th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-23-006445

_____

**APPELLANTS' UNOPPOSED SECOND MOTION**
**TO EXTEND TIME TO FILE THEIR REPLY BRIEF**

_____

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

JENNIFER COOK
Texas Bar No. 00789233
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (737) 230-4700
jennifer.cook@oag.texas.gov
FAX: (512) 320-0667
**Counsel for Appellants**

15-25-00012-CV; *State of Texas, et al. v. 8317 Cross Park, LLC*
**Motion To Extend Time to File Appellants' Reply Brief**                    Page **1** of **4**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants, State of Texas, the Texas Facilities Commission ("TFC"), the Texas Health and Human Services Commission ("HHSC"), Mike Novak, in his Official Capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services Division of HHSC (collectively referred to as "Appellants"), file this motion asking the Court to extend the time for Appellants to file a reply brief to 8317 Cross Park, LLC's ("Appellee's") brief.

1. There is no specific deadline to file this motion to extend time. Tex. R. App. P. 38.6(d).

2. Appellee is unopposed to this motion.

3. The Court may grant an extension of time under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

4. Appellee filed its brief on May 7, 2025. The current deadline for Appellants to file their reply brief is June 26, 2025.

5. Appellants request an additional 14 days to file their reply brief, extending the deadline to July 10, 2025.

6. This is the second request for an extension to file the reply brief and one

extension has been previously granted regarding Appellants' reply brief.

7.     Appellants need additional time because Appellants' counsel has been under the weather and needs the additional time for recovery and to complete the brief.

8.     For these reasons, Appellants ask the Court to grant an extension of time to file Appellants' reply brief until July 10, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLEY GDULA
Chief - General Litigation Division

/s/*Jennifer Cook*
JENNIFER COOK
Assistant Attorney General
Texas State Bar No. 00789233
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (737) 230-4700
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

**Attorney for Appellants**

## CERTIFICATE OF CONFERENCE

       I certify that I have conferred with Appellee's counsel regarding this motion and Appellee is unopposed to this motion.

                                       */s/ Jennifer Cook*
                                       JENNIFER COOK
                                       Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102311441
Filing Code Description: Motion
Filing Description: 20250623_2nd MET to Reply to Appellees Brief
Status as of 6/23/2025 3:11 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 6/23/2025 2:46:14 PM | SENT |
| Jennifer Cook | | jennifer.cook@oag.texas.gov | 6/23/2025 2:46:14 PM | SENT |

Associated Case Party: 8317 Cross Park, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kemp Kasling | | kkasling@kaslinglaw.com | 6/23/2025 2:46:14 PM | SENT |